UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KARLA SAFO, *et al.*, | Case No. 2:18-cv-01886-MMD-NJK |
| Plaintiffs, | ORDER |
| v. | |
| KENDRA LEE QUINTANA, *et al.*, | |
| Defendants. | |

Defendants Kendra Lee Quintana and Robert Kaplan petitioned to remove this action from the Eighth Judicial District Court of Clark County, Nevada, on the basis of diversity jurisdiction on September 28, 2018. (ECF No. 1-2.) The removal is procedurally defective under 28 U.S.C. § 1441(b)(2) because Defendants identify themselves as Nevada citizens (ECF No. 1-2 at 2). *See* 28 U.S.C. § 1441(b)(2) ("A civil action . . . may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."). The Court ordered Plaintiffs "to indicate whether they wish to waive this procedural defect or wish to have the case remanded to state court" on October 2, 2018. (ECF No. 4 at 1-2.) Plaintiffs objected to the defect in diversity jurisdiction and requested remand. (ECF No. 6 at 2.)

It is therefore ordered that this case is remanded. The Clerk of the Court is instructed to close this case.

DATED THIS 16th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE